# AIR FORCE ARRAIGNMENT & PLEA CALENDAR FOR JANUARY 04, 2006     ORIGINAL

UNITED STATES MAGISTRATE LESLIE E. KOBAYASHI

| Name | CR Num | CNT | | Disposition |
|---|---|---|---|---|
| 13) KUHA, DEEDEE L. | | Cit #/Viol Dt | | |
| CONT FROM 12/7/05 A & P | | R0099249 H41 08/06/2005 | HRS 286-102 NO LICENSE Violation | |
| | Atty: | | Fine _____ SA _____ | |
| 14) KUPPER, DANIEL J. | | | | |
| PS ISSUED FROM 12/7/05 A & P | | R0098984 H41 08/24/2005 | HRS 286-102 NO LICENSE | **DISMISSED** NC PROOF SHOWN |
| | Atty: | | Fine _____ SA _____ | |
| 15) MCLAUGHLIN, RACHEL M. | | CR 05-00398 | | |
| PS ISSUED FROM 10/5/05 A & P; 2ND PS ISSUED FROM 11/2/05 A & P; PENAL SUMMONS ISSUED FROM BOTH 10/5/05 AND 11/2/05 A & P RETURNED UNDELIVERABLE - UNCLAIMED/UNABLE TO FORWARD; CONT FROM 12/7/05 A & P - AIR FORCE TO PROVIDE BETTER ADDRESS OR DISMISS | | R207729 H40 04/09/2005 | 18:USC 1382 TRESPASSING | Penal Summons FEB -1 2006 DISMISSED IN DISMISSED BY GOVERNMENT Fine NC SA _____ |
| | Atty: | | | |

Dated: 01/04/2006

at _____ o'clock and _____ min. _____ M
SUE BEITIA, CLERK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN - 4 2006

APPROVED AND SO ORDERED
_____
Magistrate Judge LESLIE E. KOBAYASHI

APPROVED
_____
SAUSA CAPT. ALEXANDRA O'HALLEY