

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 02 2006

at 3 o'clock and 15 min. P.M TY
SUE BEITIA, CLERK

LODGED
FEB 0 1 2006  820amu

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ALEXANDRA C. O'HANLEY
Special Assistant U.S. Attorney
15 AW/JA
120 Sixth Street
Hickam AFB, Hawaii 96853-5336
Telephone No. 449-1737, Ext 243
Facsimile No.  449-0999
Email:  Ali.O'Hanley@hickam.af.mil

Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CR. NO.:  05-00398 |
| vs. | ) | |
| | ) | ORDER FOR DISMISSAL |
| RACHEL M. McLAUGHLIN, | ) | WITHOUT PREJUDICE |
| Defendant. | ) | |
| | ) | |


ORDER FOR DISMISSAL


Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of the court endorsed hereon, the United

States Attorney for the district of Hawaii hereby dismisses,

without prejudice, the information against RACHEL M. McLAUGHLIN,

the defendant.


DATED:  Honolulu, Hawaii, January 6, 2006.


                           EDWARD H. KUBO, JR.
                           United States Attorney
                           District of Hawaii


                By                          
                           ALEXANDRA C. O'HANLEY
                           Special Assistant. U.S. Attorney
                           Attorney for Plaintiff
                           UNITED STATES OF AMERICA


APPROVED AND SO ORDERED:


_____      FEB 01 2006
UNITED STATES MAGISTRATE JUDGE      _____
                                    DATE


UNITED STATES v. RACHEL M. McLAUGHLIN
CR. NO.: 05-00398
Order For Dismissal